UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CAVETTE, | NO. CV 14-812-R (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| RICK HILL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  August 12, 2014  _____
MANUEL L. REAL
United States District Judge